**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **WILLIAM JODY CROMWELL** | **PLAINTIFF** |
| **V.** | **NO: 1:20CV174-M-S** |
| **BOA VIDA HOSPITAL OF ABERDEEN, MS LLC d/b/a MONROE REGIONAL HOSPITAL** | **DEFENDANT** |

**ORDER OF RECUSAL**

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

**IT IS HEREBY ORDERED,** this, the 22nd day of September, 2020.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**