IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIAM JODY CROMWELL

PLAINTIFF

v.                                    CIVIL ACTION NO. 1:20-CV-00174-GHD-DAS

BOA VIDA HOSPITAL OF ABERDEEN, MS LLC
d/b/a MONROE REGIONAL HOSPITAL                    DEFENDANTS

## ORDER GRANTING DEFENDANT BOA VIDA HOSPITAL'S MOTION FOR SUMMARY JUDGEMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that Defendant Boa Vida Hospital of Aberdeen, MS, LLC's Motion for Summary Judgment [23] is GRANTED and that the Plaintiff's claims are DISMISSED WITH PREJUDICE.

SO ORDERED, this the 3rd day of February, 2022.

_____
SENIOR U.S. DISTRICT JUDGE